# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Apr 07, 2021
s/ DarylOlszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

a USPS Parcel assigned tracking number 9405 5111 0827 4893 4396 05 originating from zip code 90036 on April 1, 2021

Case No. 21 MJ 79

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a USPS Parcel assigned tracking number 9405 5111 0827 4893 4396 05 sent by "The Box Depot" in Los Angeles, California on April 1, 2021 and addressed to "T. Brown" in Milwaukee, Wisconsin.

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance or fruits of crime, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance, in violation of title 21 U.S.C. §§ 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 843(b) | Possession with intent to distribute a controlled substance, and Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance |

The application is based on these facts:
Please see attached affidavit, which is hereby incorporated by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Ronald Barron, Inspector, USPIS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: __April 7, 2021__

_____
Judge's signature

City and state: Milwaukee, Wisconsin

William E. Duffin, U.S. Magistrate Judge
Printed name and title

## Affidavit of U.S. Postal Inspector Ronald Barron

I, Ronald Barron, being duly sworn on oath, state as follows:

1. I am a United States Postal Inspector employed by the United States Postal Inspection Service (USPIS). I have been so employed since February of 2019. I am currently assigned to a multi-functional team in Milwaukee, WI. This team investigates mail theft, fraud, the theft of Postal property, prohibited mailings, controlled substances, and other matters related to the Postal Service. I hold a Bachelor's degree in Criminal Justice from the American Public University. In January 2006, I graduated from the Federal Law Enforcement Training Center as a Federal Air Marshal. Through the course of my twelve years as a Federal Air Marshal, I used my training and experience to locate, identify, and seize multiple types of narcotics, drugs, and drug contraband. Through the course of my approximate 2-year career with the USPIS, I have used my training and experience to locate and identify multiple parcels containing narcotics and drugs. Based on my training received at the USPIS Career Development Unit, personal experience, on the job training, and working with other Postal Inspectors, I know narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the United States Postal Service (USPS) system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

2. The USPIS is the primary investigative arm of the United States Postal Service and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

1

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a search warrant for the SUBJECT PARCEL for items which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

4. This affidavit is made in support of an application for a search warrant for USPS Priority Mail parcel 9405 5111 0827 4893 4396 05 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately a 24" x 17" x 15" parcel, weighing approximately 44 lbs. The SUBJECT PARCEL's label indicates it is from "The Box Depot, Customer Service, 119 North Fairfax Ave, Los Angeles, CA 90036." The SUBJECT PARCEL bears a printed label addressed to "T. Brown, 5303 N 46th St, Milwaukee, WI 53218." The SUBJECT PARCEL was postmarked on April 1, 2021 from zip code 90036. The postage paid was $93.58.

## INVESTIGATION OF THE SUBJECT PARCEL

5.  I review Postal Service records and labels delivered to, and sent from, Milwaukee and surrounding areas to and from source narcotic areas. I do this because I know, based on my training and experience, drug traffickers will sometimes use Priority Mail Express service, which is the USPS one day delivery product. Based on my training and experience with the USPIS, I know drug traffickers use First Class Mail, Priority Mail, Priority Mail Express delivery service because of its reliability and the ability to track the article's progress to the intended delivery point. In my training and experience, traffickers will often use fictitious names and/or addresses as well as incomplete names and addresses in an attempt to hide their trafficking efforts from law enforcement.

6.  On Monday, April 5, 2021, I was conducting routine parcel screening at Hampton Station, located at 6501 W. Fond Du Lac, Milwaukee, WI, when I deemed the SUBJECT PARCEL to be suspicious.

7.  The consolidated lead evaluation and reporting (CLEAR) database is a public records product which is designed for law enforcement officers in locating subjects and witnesses, verifying identities of individuals, and gathering background information for use in investigations. A search of the CLEAR database revealed a result for 119 North Fairfax Ave., Los Angeles, CA 90036 and yielded a result of a business matching the sender name and address on the SUBJECT PARCEL.

8.  A search of the CLEAR database revealed a resident with the name of Jazmyn Thomas as being an occupant of 5303 N 46th St, Milwaukee, WI 53218. The name used in the mailing of the SUBJECT PARCEL was that of T. Brown. T. Brown was shown through CLEAR to not live at the listed address.

9. Based on my training and experience, I am aware California is a source area for controlled substances. As such, controlled substances are frequently transported from this state via the USPS, and the proceeds from the sale of the controlled substances are frequently returned to the state via the USPS. These proceeds are generally in large amounts of money, oftentimes over $1000.

10. On Monday, April 5, 2021, I met with Milwaukee Police Officer (P.O.) Joseph Scheuring and his canine "TITUS" at the Milwaukee Police Department HIDTA parking lot located at 803 W Michigan St, Milwaukee, WI 53233. Police Officer Joseph Scheuring is the current handler of the Drug Detection Canine "TITUS" and P.O. Scheuring and "TITUS" have received four weeks (200 hours) of intensive training through Shallow Creek Kennels and graduated on January 15th, 2021. P.O. Scheuring and "TITUS" has also received certification on January 13th, 2021 from the North American Police Work Dog Association (NAPWDA) which is a nationally based group in partnership with local, state, federal and international agencies including private vendors, law enforcement and first responder. P.O. Scheuring and "TITUS" has detected controlled substances more than "189" times in the past for training, where the controlled substances were hidden in unknown locations from P.O. Scheuring, i.e. rooms, parcels, vehicles, suitcases and in open areas.

11. On Monday, April 5, 2021, I placed the SUBJECT PARCEL on the ground of a Milwaukee Police Department HIDTA conference room with three other similarly-sized empty parcels. TITUS located and alerted to the SUBJECT PARCEL. P.O. Scheuring informed me TITUS's alert indicates the presence of controlled substances or other items, such as proceeds of controlled substances, which have been recently contaminated with, or associated with the odor of one or more controlled substances.

4

12. Based upon the information as outlined in this affidavit, I believe there is probable cause to indicate the contents of the SUBJECT PARCEL is drug related, and thus constitutes the fruits, instrumentalities, and evidence of violation of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the mails, to Facilitate the Distribution of a Controlled Substance).

13. Because this affidavit is submitted for the limited purpose of securing authorization for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation for the requested search warrant.

14. The SUBJECT PARCEL is currently being held at the USPIS Milwaukee Domicile, located at 345 W Saint Paul Avenue, Milwaukee, WI 53203.